UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| IN MO KHANG, | No. C 12-2269 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| CARRIER IQ INC, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on August 9, 2012. However, as there is no indication that Defendants have been served, the Court VACATES the August 9 conference and ORDERS Plaintiff In Mo Khang to file a status report by August 23, 2012.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge